Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Florida

Case number (if known): _____  Chapter 7

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | C3 Home Improvements LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 8 4 – 4 7 9 7 6 3 6 | |
| 4. Debtor's address | **Principal place of business**<br><br>5937 Set-N-Sun Place<br>Number    Street<br><br>Jupiter, FL 33458<br>City                State    ZIP Code<br><br>Palm Beach<br>County | **Mailing address, if different from principal place of business**<br><br>Number    Street<br><br>City                State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number    Street<br><br>City                State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: | |

Debtor    C3 Home Improvements LLC                              Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
   2  3  6  1

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____ When _____ Case number _____
                                         MM / DD / YYYY
      District _____ When _____ Case number _____
                                         MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No
☑ Yes.  Debtor  Todd Kress                              Relationship  LLC Member
       District  Southern District of Florida            When  2/7/2024
                                                                    MM / DD / YYYY
       Case number, if known  24-11213-EPK

Debtor    C3 Home Improvements LLC    Case number *(if known)* _____
      *Name*

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
      Number    Street

_____
City      State  ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency  _____
            Contact name  _____
            Phone  _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49   ☐ 50-99   ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199   ☐ 200-999   ☐ 10,001-25,000   ☐ More than 100,000

**15. Estimated assets**

☑ $0-$50,000          ☐ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000   ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million   ☐ $100,000,001-$500 million   ☐ More than $50 billion

Debtor  C3 Home Improvements LLC                                              Case number *(if known)* _____
         Name

### 16. Estimated liabilities

- [ ] $0-$50,000
- [x] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  02/07/2024
             MM/ DD/ YYYY

X  /s/ Todd Kress                                       Todd Kress
Signature of authorized representative of debtor        Printed name

Title   Authorized Member

### 18. Signature of attorney

X  /s/ Wesley E. Terry                                  Date  02/07/2024
Signature of attorney for debtor                              MM/ DD/ YYYY

Wesley E. Terry
Printed name

Wesley E. Terry PA
Firm name

1314 E Las Olas Blvd No 1645
Number       Street

Ft Lauderdale                                           FL              33301-2334
City                                                    State           ZIP Code

(954) 829-1878                                          wes@wterrylaw.com
Contact phone                                           Email address

14008                                                   FL
Bar number                                              State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

**Anne Timperman**
7778 SE Country Estates Way
Jupiter FL 33458

**James W Popa Esq**
Popa Law
1 SE Ocean Boulevard
Stuart FL 34994

**Jonathan I Jacobson**
Jonathan I Jacobson PLLC
580 Village Blvd Ste 360
West Palm Beach FL 33409

**Jurgen Timperman**
7778 SE Country Estates Way
Jupiter FL 33458

**Wesley E Terry PA**
1314 E Las Olas Blvd No 1645
Ft Lauderdale FL 333012334

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

IN RE: **C3 Home Improvements LLC**　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　　02/07/2024　　　Signature　　/s/ Todd Kress

　　　　　　　　　　　　　　　　　　Todd Kress, Authorized Member